**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SAVANNAH FLORES

    Plaintiff(s),

vs.

MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP, a New Jersey Corporation

    Defendant(s).

Case #3:21-cv-00166

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Robert F. Kennedy, Jr._____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Children's Health Defense
(firm name)

with offices at 1227 N Peachtree Parkway, Suite 202,
(street address)

Peachtree City, Georgia, 30269,
(city)     (state)     (zip code)

(845) 481-2622, robert.kennedyjr@childrenshealthdefense.org
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Savannah Flores to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___05/28/1985___ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of ___New York___ (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York | 5/28/1985 | 1999994 |
| District of Columbia | 7/31/2020 | 62537 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of New York; State Bar of District of Columbia

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ~~New York~~ California (sic)   )
                                          )
COUNTY OF Los Angeles                     )

____Robert F. Kennedy, Jr.____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

20th day of May, 2021.

_____
Notary Public or Clerk of Court

see attached CA Jurat

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Melanie A. Hill____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____1925 Village Center Circle, Suite 150____,
(street address)

____Las Vegas____, Nevada ____, ____89134____,
(city)          (state)         (zip code)

____(702) 362-8500____, ____melanie@melanihilllaw.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

## CALIFORNIA NOTARIAL CERTIFICATE
## (JURAT)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __20th__ day of __May__, 20__21__, by __Robert F Kennedy Jr__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)

SOFIA KARSTENS
Notary Public - California
Los Angeles County
Commission # 2332402
My Comm. Expires Aug 25, 2024

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Melanie A. Hill_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Plaintiff
(type or print party name, title)

_____
(party's signature)

Savannah Flores, Plaintiff
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8796                       melanie@melaniehilllaw.com
Bar number                 Email address

APPROVED:

Dated: this 28th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

---

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## *Robert F. Kennedy, Jr*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **May 28, 1985**, *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on April 26, 2021.*

*Clerk of the Court*

CertID-00011939