J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398
Email: cjorgensen@lewisroca.com

*Attorneys for Defendant Merck & Co, Inc., and Merck Sharp & Dohme Corp.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAVANNAH FLORES,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., a New Jersey Corporation; and MERCK SHARP & DOHME CORP., a New Jersey Corporation,<br><br>Defendant. | Case No. 3:21-cv-00166-MMD-CLB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendants Merck & Co., Inc., and Merck Sharp & Dohme Corp. ("Defendants") and Plaintiff Savannah Flores ("Plaintiff"), by and through their respective counsel, (collectively the "Parties") hereby stipulate as follows:

1. Plaintiff filed her Complaint on April 9, 2021;

2. Defendants were served with the Complaint on May 19, 2021;

3. Defendants' deadline to answer or respond to Plaintiff's Complaint is June 9, 2021;

4. Defendants have requested, and Plaintiff has consented to, an additional three week extension for Defendants to file an Answer or otherwise plead to the Complaint;

114575116.1

5. The additional three week extension for Defendants to answer or respond to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice any party;

6. Good cause exists to grant the stipulation as the additional three weeks are needed to allow Defendants to complete its investigation of Plaintiff's allegations, including a review of all relevant documents;

7. Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendants have agreed that Defendants shall have up to and including July 2, 2021, to file a responsive pleading to Plaintiff's Complaint.

8. WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp., shall have up to and including July 2, 2021, to file an Answer or Otherwise Plead to Plaintiff's Complaint.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

114575116.1

**IT IS SO STIPULATED.**

Dated this 28th day of May 2021.

| | |
|---|---|
| BAUM, HEDLUND, ARISTEL & GOLDMAN PC | LEWIS ROCA ROTHBERGER CHRISTIE LLP |
| By: */s/ Bijan Esfandiari* | By: */s/ J Christopher Jorgensen* |
|     Bijan Esfandiari, Esq.<br>    Michael L. Baum, Esq.<br>    Nicole K.H. Maldonado, Esq.<br>    10940 Wilshire Blvd., 17th Floor<br>    Los Angeles, CA 90024 |     J Christopher Jorgensen, Esq.<br>    Nevada Bar No. 8352<br>    3993 Howard Hughes Pkwy, Suite 600<br>    Las Vegas, NV 89169<br><br>    *Attorney for Defendants Merck & Co., Inc., and Merck Sharp & Dohme Corp.* |

Melanie A. Hill, Esq.
Melanie Hill Law PLLC
1925 Village Center Circle, Suite 150
Las Vegas, NV 89134

Robert F. Kennedy, Jr.
Children's Health Defense
1227 N. Peachtree Pkwy, Suite 202
Peachtree City, GA 30269

*Attorney for Plaintiff
Savannah Flores*

**IT IS ORDERED.**

_____
United States Magistrate Judge

DATED: June 1, 2021

- 3 -

114575116.1